FILED
JANUARY 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 69**

| | |
|---|---|
| DANIEL J. MULLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

**JUDGE GRADY**
**MAGISTRATE JUDGE MASON**

## ANSWER TO COMPLAINT

**NOW COMES** the Defendant, AMERICAN AIRLINES, INC., by and through their attorneys, PRETZEL & STOUFFER, CHARTERED, and for its Answer to Plaintiff's Complaint at Law, state as follows:

1. Plaintiff Daniel J. Mullen on December 17, 2005 was a paid passenger for American Airlines flight number 2317 from O'Hare airport, Chicago, Illinois to Dallas, Texas, when in the course of boarding or attempting to board said flight he slipped and fell on the boarding ramp, stairway, causeway or jet way which fall was proximately caused by a negligent dangerous condition caused by Defendant, American Airlines.

**ANSWER:** Defendant admits that on December 17, 2005, Plaintiff was a paid passenger for American Airlines flight number 2317 from O'Hare International Airport, Chicago, Illinois to Dallas Texas. Defendant denies all remaining allegations of Paragraph 1 of Plaintiff's Complaint.

2. That on December 17, 2005 at O'Hare Airport in Chicago, Illinois, Defendant, American Airlines, was a common carrier who owned and operated an airline and operated and controlled a boarding ramp, stairway, causeway or jet way for ingress onto and into their airplane.

**ANSWER:** Defendant admits that on December 17, 2005, at O'Hare International Airport, Chicago, Illinois, it was a common carrier who owned and operated an airline. Defendant denies all remaining allegations of Paragraph 2 of Plaintiff's Complaint.

3. Defendant had a duty to exercise the highest degree of care in the operation and control of its airplane, its boarding ramp, causeway, jet way, facilities, equipment and premises and to transport passengers safely and to provide safe and adequate facilities, equipment and premises for ingress and boarding.

**ANSWER:** Defendant states affirmatively that it complied with all duties, statutes, regulations, ordinances and obligations established by all applicable law. Defendant denies all remaining allegations of Paragraph 3 of Plaintiff's Complaint including the allegation that American had a duty to exercise the highest degree of care toward Plaintiff.

4. Defendant did not perform that duty. On the contrary, defendant failed to perform that duty, or negligently performed its duty in that, when plaintiff attempted to board the airplane the boarding ramp, stairway, causeway or jet way was icy and in a dangerous condition, and had so been permitted by defendant to become and remain for a period of time.

**ANSWER: :** Defendant denies all of the allegations of Paragraph 4 of Plaintiff's Complaint.

5. That on December 17, 2005, the Defendant, American Airlines, Inc., by its duly authorized agents, servants, and/or employees notwithstanding its aforesaid duties was guilty of one or more of the following negligent and careless acts or omissions.

(a) Permitted and allowed a wet, icy, dangerous and unsafe condition on its boarding ramp, stairway, causeway or jet way, when they knew or should have known that such a condition made its boarding ramp, stairway, causeway or jet way dangerous

and unsafe for persons lawfully using it;

(b)   Permitted and allowed the above stated defects to remain on the boarding ramp, stairway, causeway or jet way for an unreasonable period of time when they knew or should have known that such defects made said boarding ramp, stairway, causeway or jet way dangerous and unsafe for persons lawfully using it;

(c)   Invited the general public, including the Plaintiff, to use said boarding ramp, stairway, causeway or jet way, when they knew or should have known that it was unsafe and dangerous to do so;

(d)   Failed to make reasonable inspection of the boarding ramp, stairway, causeway or jet way; and

(e)   Failed to warn the general public, including Plaintiff, of the presence of the previous set forth defects and dangerous conditions on the boarding ramp, stairway, causeway or jet way and the dangerous and unsafe condition, although they knew or should have known of the said dangerous and unsafe condition.

**ANSWER:**   Defendant denies each and every allegation of Paragraph 5, (a-e) inclusive, of Plaintiff's Complaint.

6.   That as a direct and proximate result of the aforesaid, the Plaintiff, Daniel J. Mullen, suffered diverse injuries, both internally and externally, of a permanent, constant, and lasting nature, which have caused and will continue to cause pain in the body and mind, including but not limited to his hip, back, right arm and shoulder, and that the Plaintiff was caused to expend large sums of money to be treated and cared for said injuries and will continue to do so.

**ANSWER:**   Defendant denies each and every allegation of Paragraph 6 of Plaintiff's Complaint.

7. That Defendant, American Airlines, had actual or constructive notice of the existence of such a condition that caused Plaintiff's permanent, constant and lasting injuries and Defendant had reasonably adequate time prior to said injuries to take reasonable measures to remedy or protect against such conditions and failed to do so.

**ANSWER:** Defendant denies each and every allegation of Paragraph 7 of Plaintiff's Complaint.

8. That at all times material herein, the Plaintiff, Daniel J. Mullen, was in the exercise of ordinary care and caution for his own safety and free from contributory negligence.

**ANSWER:** Defendant denies each and every allegation of Paragraph 8 of Plaintiff's Complaint.

**WHEREFORE**, Defendant, AMERICAN AIRLINES, INC., states that Plaintiff is not entitled to judgment in any sum whatsoever and ask that this Honorable Court dismiss this cause with prejudice and costs.

Respectfully submitted,

s/Robert E. Sidkey
Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
E-Mail rsidkey@pretzel-stouffer.com
Attorneys for Defendant

IN THE CIRCUIT COURT OF COOK COUNT, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Daniel J. Mullen ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. |
| v. ) | |
| ) | |
| American Airlines, Inc., ) | Jury Trial Demanded |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES Plaintiff, Daniel J. Mullen, by his attorneys Michael Patrick Mullen, Scott M. Kolosso, and MULLEN & FOSTER, and for his complaint against Defendant, American Airlines, Inc., (hereafter "American Airlines") alleges as follows:

1. Plaintiff Daniel J. Mullen on December 17, 2005 was a paid passenger for American Airlines flight number 2317 from O'Hare airport, Chicago, Illinois to Dallas, Texas, when in the course of boarding or attempting to board said flight he slipped and fell on the boarding ramp, stairway, causeway or jet way which fall was proximately caused by a negligent dangerous condition caused by Defendant, American Airlines.

2. That on December 17, 2005 at O'Hare Airport in Chicago, Illinois, Defendant, American Airlines, was a common carrier who owned and operated an airline and operated and controlled a boarding ramp, stairway, causeway or jet way for ingress onto and into their airplane.

3. Defendant had a duty to exercise the highest degree of care in the operation and control of its airplane, its boarding ramp, causeway, jet way, facilities, equipment and premises and to transport passengers safely and to provide safe and adequate facilities, equipment and premises for ingress and boarding.



4. Defendant did not perform that duty. On the contrary, defendant failed to perform that duty, or negligently performed its duty in that, when plaintiff attempted to board the airplane the boarding ramp, stairway, causeway or jet way was icy and in a dangerous condition, and had so been permitted by defendant to become and remain for a period of time.

5. That on December 17, 2005, the Defendant, American Airlines, Inc., by its duly authorized agents, servants, and/or employees notwithstanding its aforesaid duties was guilty of one or more of the following negligent and careless acts or omissions:

(a) Permitted and allowed a wet, icy, dangerous and unsafe condition on its boarding ramp, stairway, causeway or jet way, when they knew or should have know that such a condition made its boarding ramp, stairway, causeway or jet way dangerous and unsafe for persons lawfully using it;

(b) Permitted and allowed the above stated defects to remain on the boarding ramp, stairway, causeway or jet way for an unreasonable period of time when they knew or should have known that such defects made said boarding ramp, stairway, causeway or jet way dangerous and unsafe for persons lawfully using it;

(c) Invited the general public, including the Plaintiff, to use said boarding ramp, stairway, causeway or jet way, when they knew or should have known that it was unsafe and dangerous to do so;

(d) Failed to make reasonable inspection of the boarding ramp, stairway, causeway or jet way; and

(e) Failed to warn the general public, including Plaintiff, of the presence of the previous set forth defects and dangerous conditions on the boarding ramp, stairway, causeway or

jet way and the dangerous and unsafe condition, although they knew or should have known of the said dangerous and unsafe condition.

6. That as a direct and proximate result of the aforesaid, the Plaintiff, Daniel J. Mullen, suffered diverse injuries, both internally and externally, of a permanent, constant, and lasting nature, which have caused and will continue to cause pain in the body and mind, including but not limited to his hip, back, right arm and shoulder, and that the Plaintiff was caused to expend large sums of money to be treated and cared for said injuries and will continue to do so.

7. That Defendant, American Airlines, had actual or constructive notice of the existence of such a condition that caused Plaintiff's permanent, constant and lasting injuries and Defendant had reasonably adequate time prior to said injuries to take reasonable measures to remedy or protect against such conditions and failed to do so.

8. That at all times material herein, the Plaintiff, Daniel J. Mullen, was in the exercise of ordinary care and caution for his own safety and free from contributory negligence.

WHEREFORE, the Plaintiff, Daniel J. Mullen, prays for judgment against the Defendant, American Airlines, for a sum in excess of thirty thousand dollars ($30,000.00) and such other and further relief including attorneys' fees and costs, that is deemed appropriate.

RESPECTFULLY SUBMITTED,

_____
One of the attorneys for Daniel J. Mullen

Michael Patrick Mullen
Scott M. Kolosso
Mullen & Foster
203 N. Wabash Ave., Suite 2300
Chicago, Illinois 60601
Attorney No. 33796

## JURY DEMAND

Plaintiff Daniel J. Mullen hereby demands trial by Jury.

*[signature]*
One of the attorneys for Plaintiff
Daniel J. Mullen

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
12/06/2007
CT Log Number 512857850

**TO:** Dianne Gray
American Airlines, Inc.
4333 Amon Carter Blvd.
Fort Worth, TX 76155

**RE:** **Process Served in Illinois**

**FOR:** American Airlines, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Daniel J. Mullen, Pltf. vs. American Airlines, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons (2 sets), Complaint, Jury Demand |
| **COURT/AGENCY:** | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2007L012988 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 12/17/05 - O'Hare Airport, Chicago IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/06/2007 at 11:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days, not counting the day of service |
| **ATTORNEY(S) / SENDER(S):** | Michael Patrick Mullen<br>Mullen & Foster<br>203 N. Wabash Ave<br>Suite 2300<br>Chicago, IL 60601<br>312-750-1600 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790889514221<br>Email Notification, Kelly Tremaine-Kacprowski Kelly.Tremaine-Kacprowski@aa.com<br>CC Recipient(s)<br>Charles D MarLett, Corporate Secretary, via Regular Mail |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of 1 / FR

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

(Name all parties)

Daniel J. Mullen

v.                                                         No. _____

American Airlines, Inc.
CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
   5600 Old Orchard Rd.          2121 Euclid                        1500 Maybrook Ave.
   Skokie, IL 60077              Rolling Meadows, IL 60008          Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham             ☐ Child Support
   10220 S. 76th Ave.            16501 S. Kedzie Pkwy.              28 North Clark St., Room 200
   Bridgeview, IL 60455          Markham, IL 60426                  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

WITNESS, _____ NOV 16 2007

Atty. No.: 33796
Name: Michael P. Mullen
Atty. for: Daniel J. Mullen
Address: 203 N. Wabash Ave., Suite 2300
City/State/Zip: Chicago, IL 60477
Telephone: (312) 750-1600

Clerk of Court
DOROTHY BROWN
CLERK OF CIRCUIT COURT

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
                                                       (Area Code) (Facsimile Telephone Number)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| 2120 - Served | 2121 - Served | |
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, Law DIVISION

(Name all parties)

Daniel J. Mullen

v.   No. _____

American Airlines, Inc.

CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. NOV 16 2007

Atty. No.: 33796
Name: Michael P. Mullen
Atty. for: Daniel J. Mullen
Address: 203 N. Wabash Ave., Suite 2300
City/State/Zip: Chicago, IL 60477
Telephone: (312) 750-1600
Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____, _____

DOROTHY BROWN
Clerk of Court — CLERK OF CIRCUIT COURT

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code) (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

## CERTIFICATE OF SERVICE

A copy of the **Defendant's Answer to Complaint** was filed electronically this **4th day of January**, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

        s/Robert E. Sidkey
Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
E-Mail: rsideky@pretzel-stouffer.com
Attorneys for Defendant

5