# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
DAVID J. MULLEN  
v.  
AMERICAN AIRLINES, INC.

Case Number: 08 C 69

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN AIRLINES, INC.

| | |
|---|---|
| **NAME (Type or print)** <br> Daniel B. Mills | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel B. Mills | |
| **FIRM** <br> PRETZEL & STOUFFER, CHARTERED | |
| **STREET ADDRESS** <br> One South Wacker Drive, Suite 2500 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6201635 | **TELEPHONE NUMBER** <br> (312) 578-7524 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

A copy of the **Defendant's Appearance** was filed electronically this **7th day of January, 2008**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

                                                s/Daniel B. Mills
                                                Daniel B. Mills (Illinois Bar No. 6201635)
                                                Pretzel & Stouffer, Chartered
                                                One South Wacker Drive-Suite 2500
                                                Chicago, Illinois 60606
                                                Telephone: (312) 578-7524
                                                Fax: (312) 346-8242
                                                E-Mail: dmills@pretzel-stouffer.com
                                                Attorneys for Defendant