7329-063388

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL J. MULLEN, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 08 C 69 |
| | ) Judge: Grady |
| v. | ) Magistrate Judge: Mason |
| | ) |
| AMERICAN AIRLINES, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

**TO:**   Mr. Michael P. Mullen, Mullen & Foster
203 North Wabash Avenue, Suite 2300, Chicago, Illinois 60477

On  **Wednesday, April 30** , 20 **08** , at **11:00 a.m.**  , or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge  **John F. Grady**   in Room **2201** or any judge sitting in his stead, in the courtroom usually occupied by him in the Daley Center, Chicago, Illinois, and shall then and there present: ***Motion for Leave to File Affirmative Defenses.***

**CERTIFICATE OF SERVICE**

A copy of the **Defendant's Affirmative Defenses** was filed electronically this **24th day of April**, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

    s/Robert E. Sidkey
Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
Fax: (312) 346-8242
E-Mail: rsideky@pretzel-stouffer.com
Attorneys for Defendant