IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. MULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 69 |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | Judge Grady |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AFFIRMATIVE DEFENSES**

**NOW COMES** the Defendant, AMERICAN AIRLINES, INC., by and through its attorneys, and for its Motion for Leave to File Affirmative Defenses to Plaintiff's Complaint, states as follows:

1. Plaintiff Daniel J. Mullen has filed a Complaint alleging injuries and damages as a result of a slip and fall which occurred on December 17, 2005.

2. This Defendant, AMERICAN AIRLINES, INC., has recently filed an Answer to the Plaintiff's Complaint, denying the material allegations of Plaintiff's Complaint.

3. This Defendant is seeking leave to file Affirmative Defenses against Plaintiff, Daniel J. Mullen for his contributory negligence in causing his alleged injuries and damages.

4. That the filing of the aforesaid Affirmative Defenses will not prejudice the rights of any party, as discovery is just now beginning, and no trial date has been set.

WHEREFORE, the Defendant, AMERICAN AIRLINES, INC., prays that this Honorable Court enter an order granting it leave to file its Affirmative Defenses, instanter, and for such other relief as this Court deems appropriate.

        Respectfully submitted,


        s/Robert E. Sidkey
        Robert E. Sidkey (Illinois Bar No. 6271444)
        Pretzel & Stouffer, Chartered
        One South Wacker Drive-Suite 2500
        Chicago, Illinois 60606
        Telephone: (312) 578-7489
        E-Mail rsidkey@pretzel-stouffer.com
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      A copy of the **Defendant's Motion for Leave to File Affirmative Defenses** was filed electronically this **24th day of April**, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

                                                  s/Robert E. Sidkey
                                                  Robert E. Sidkey (Illinois Bar No. 6271444)
                                                  Pretzel & Stouffer, Chartered
                                                  One South Wacker Drive-Suite 2500
                                                  Chicago, Illinois 60606
                                                  Telephone: (312) 578-7489
                                                  Fax: (312) 346-8242
                                                  E-Mail: rsideky@pretzel-stouffer.com
                                                  Attorneys for Defendant