**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DAVID J. MULLEN | 08 C 69 |
| v. | |
| AMERICAN AIRLINES, INC. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

AMERICAN AIRLINES, INC.

| |
|---|
| NAME (Type or print) |
| Patrick F. Healy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Patrick F. Healy |
| FIRM |
| Pretzel & Stouffer, Chartered |
| STREET ADDRESS |
| One S. Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP |
| Chicago, Illinois   60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6192789 | (312) 578-7775 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      A copy of the **Defendant's Appearance on behalf of Patrick F. Healy** was filed electronically this 24th day of April, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

                                                s/Patrick F. Healy
                                                Patrick F. Healy (Illinois Bar No. 6192789
                                                Pretzel & Stouffer, Chartered
                                                One South Wacker Drive - Suite 2500
                                                Chicago, Illinois 60606
                                                Telephone: (312) 578-7775
                                                Fax: (312) 346-8242
                                                E-Mail: phealy@pretzel-stouffer.com
                                                Attorneys for Defendant