**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Daniel J Mullen
         Plaintiff,

v.                Case No.: 1:08−cv−00069
                Honorable John F. Grady

American Airlines, Inc.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

  MINUTE entry before Judge Honorable John F. Grady:Motion for leave to file [9] is granted. Hearing set for 04/30/08 stricken. Status hearing set for 04/30/08 stricken and reset to 5/14/2008 at 11:00 a.m.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.