FILED
APRIL 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL J. MULLEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 69 |
| v. | ) | |
| | ) | |
| AMERICAN AIRLINES, INC., | ) | Judge Grady |
| | ) | Magistrate Judge Mason |
| Defendant. | ) | |

## AFFIRMATIVE DEFENSES

**NOW COMES** the Defendant, AMERICAN AIRLINES, INC., by and through its attorneys, and for its Affirmative Defenses to Plaintiff's Complaint, states as follows:

### FIRST AFFIRMATIVE DEFENSE

1. Plaintiff Daniel J. Mullen has filed a Complaint alleging injuries and damages as a result of a slip and fall which occurred on December 17, 2005.

2. At the time of the accident described in Plaintiff's Complaint, Plaintiff, Daniel J. Mullen was in the course of boarding or attempting to board a plane, American Airlines flight number 2317 from O'Hare airport, Chicago, Illinois to Dallas, Texas.

3. Plaintiff claims that he slipped and fell, in the course of boarding or attempting to board said flight, on the boarding ramp, stairway, causeway or jet way.

4. That at all times relevant hereto, Plaintiff had a duty to use reasonable care in walking and in boarding said plane.

5. That notwithstanding said duty, Plaintiff was contributorily negligent in one or more of the following ways:

a) Failed to keep a proper lookout in the area where he was walking;

b) Failed to look where he was walking thus causing him to fall;

c) Failed to avoid walking in an area with ice or water, which Plaintiff knew, or in the exercise of ordinary care, should have known was present and slippery;

d) Failed to report the presence of ice or water in an area which Plaintiff knew, or in the exercise of ordinary care, should have known, was present;

e) Failed to avoid walking in an area in which ice or water had accumulated and which Plaintiff knew, or should have known, was slippery;

f) Walked at a pace and manner which was unsafe for Plaintiff given his physician condition, and given the surroundings, thus causing him to fall;

g) Was otherwise careless and negligent.

6. That as a direct and proximate result of one or more of the foregoing negligent acts and/or omissions, the Plaintiff fell, sustaining the injuries and damages alleged in his Complaint.

7. That the sole proximate cause of the injuries and damages alleged in Plaintiff's Complaint was one or more of the foregoing negligent acts and/or omissions by Plaintiff, Daniel J. Mullen, and therefore the Plaintiff is entitled to take nothing by this Lawsuit.

WHEREFORE, the Defendant, AMERICAN AIRLINES, INC., pray for judgment in its favor, and against Plaintiff, Daniel J. Mullen, with all costs taxed onto Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

1-6. The Defendant repeats and realleges paragraphs 1 through 6, inclusive of its First Affirmative Defense, as and for paragraphs 1 through 6, inclusive of its Second Affirmative Defense.

7. That as a direct and proximate cause of one or more of the negligent acts and/or omissions by Plaintiff, Daniel J. Mullen, the Plaintiff sustained those injuries and damages alleged in the Plaintiff's Complaint, and therefore, if this Defendant is found liable to the Plaintiff for the trial of this cause, said monetary award should be reduced in an amount commensurate with Plaintiff's comparative fault.

WHEREFORE, the Defendants, AMERICAN AIRLINES, INC., pray for judgment in its favor, and against Plaintiff, ROY WILL, with all costs taxed onto Plaintiff.

## THIRD AFFIRMATIVE DEFENSE

1-6. The Defendant repeats and realleges paragraphs 1 through 6, inclusive of its First Affirmative Defense as and for paragraphs 1 through 6 of its Third Affirmative Defense.

7. That as a direct and proximate cause of one or more of the negligent acts and/or omissions by Plaintiff, Daniel J. Mullen, the Plaintiff sustained those injuries and damages alleged in his Complaint, and furthermore, Plaintiff's negligent conduct constitutes contributory fault, which is greater than 50% of the proximate cause of the injuries and damages alleged and, therefore, the Plaintiff should be barred from recovering any damages at the trial of this case pursuant to § 2-1160 of the Code of Civil Procedure and Illinois common law.

WHEREFORE, the Defendant, AMERICAN AIRLINES, INC., prays for judgment in its favor, and against Plaintiff, Daniel J. Mullen, with all costs taxed onto Plaintiff.

### FOURTH AFFIRMATIVE DEFENSE

1-6.  The Defendants repeat and reallege paragraphs 1 through 6, inclusive of their First Affirmative Defense, as and for paragraphs 1 through 6 of their Fourth Affirmative Defense.

7.  That as a direct and proximate cause of one or more of the negligent acts and/or omissions by Plaintiff, Daniel J. Mullen, the Plaintiff sustained those injuries and damages alleged in his Complaint, and furthermore, Defendant denies liability but asserts its fault, if any, for the injuries and damages alleged, is less than 25% of the total attributable fault of the Plaintiff, to the Defendants sued by the Plaintiff in this case, and to any Third-Party Defendant, who could have been sued by the Plaintiff.  Therefore, the Defendant shall only be severally liable for the Plaintiff's damages, if any, which may be awarded by a trier of fact.

WHEREFORE, the Defendants, AMERICAN AIRLINES, INC., prays for judgment in its favor, and against Plaintiff, Daniel J. Mullen, with all costs taxed onto Plaintiff.

Respectfully submitted,

s/Robert E. Sidkey
Robert E. Sidkey (Illinois Bar No. 6271444)
Pretzel & Stouffer, Chartered
One South Wacker Drive-Suite 2500
Chicago, Illinois 60606
Telephone: (312) 578-7489
E-Mail rsidkey@pretzel-stouffer.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

     A copy of the **Defendant's Affirmative Defenses** was filed electronically this **24th day of April**, 2008.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

**ATTORNEY FOR PLAINTIFF**
Michael P. Mullen
Mullen & Foster
203 N. Wabash Avenue
Suite 2300
Chicago, Illinois 60477
(312) 750-1600

                                        s/Robert E. Sidkey
                                        Robert E. Sidkey (Illinois Bar No. 6271444)
                                        Pretzel & Stouffer, Chartered
                                        One South Wacker Drive-Suite 2500
                                        Chicago, Illinois 60606
                                        Telephone: (312) 578-7489
                                        Fax: (312) 346-8242
                                        E-Mail: rsideky@pretzel-stouffer.com
                                        Attorneys for Defendant