**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Daniel J Mullen
                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00069
                                                      Honorable John F. Grady

American Airlines, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2008:

      MINUTE entry before the Honorable John F. Grady: Status hearing held and continued to 12/10/2008 at 11:00 A.M. Plaintiff to make Rule 26(a)disclosures and respond to all outstanding Rule 26(a) discovery by 8/15/2008. All fact discovery ordered closed by 11/28/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.